ATTACHMENT 1

DOCKET SHEET

## Case Information

DC-21-04561 | MCDAVID OYEKWE vs. FEDERAL EXPRESS CORP

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| DC-21-04561 | 101st District Court | WILLIAMS, STACI |
| File Date | Case Type | Case Status |
| 04/15/2021 | EMPLOYMENT | OPEN |

## Party

PLAINTIFF
OYEKWE, MCDAVID

Address
3314 SEABREEZE DR
ROWLETT TX 75088

Active Attorneys ▾
   Pro Se

DEFENDANT
FEDERAL EXPRESS CORP

Address
BY SERVING ITS REGISTERED AGENT CT CORP SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

## Events and Hearings

04/15/2021 NEW CASE FILED (OCA) - CIVIL

04/15/2021 ISSUE CITATION ▾

ISSUE CITATION- FEDERAL EXPRESS CORPORATION

04/15/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

04/15/2021 CASE FILING COVER SHEET ▾

CASE FILING COVER SHEET

04/15/2021 AFFIDAVIT INABILITY TO PAY

04/19/2021 CITATION▾

Served
04/26/2021

Anticipated Server
CERTIFIED MAIL

Anticipated Method

Case 3:21-cv-01075-L-BT     Document 1-5     Filed 05/12/21     Page 3 of 66     PageID 15

CERTIFIED MAIL

Returned
04/27/2021
Comment
FEDERAL EXPRESS CORPORATION 9214 8901 0661 5400 0161 8691 39

04/27/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE- FEDERAL EXPRESS CORPORATION

Comment
EXECUTED- CITATION- FEDERAL EXPRESS CORPORATION

06/18/2021 DISMISSAL FOR WANT OF PROSECUTION ▾

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

## Financial

OYEKWE, MCDAVID

| | | |
|---|---|---|
| Total Financial Assessment | | $376.00 |
| Total Payments and Credits | | $0.00 |

| | | |
|---|---|---|
| 4/15/2021 | Transaction Assessment | $292.00 |
| 4/15/2021 | Transaction Assessment | $84.00 |

## Documents

CASE FILING COVER SHEET

ORIGINAL PETITION

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

ISSUE CITATION- FEDERAL EXPRESS CORPORATION

RETURN OF SERVICE- FEDERAL EXPRESS CORPORATION

ATTACHMENT 2

CASE INFORMATION SHEET

# CIVIL CASE INFORMATION SHEET

**E-101st**

CAUSE NUMBER *(FOR CLERK USE ONLY):* DC 21-04561    COURT *(FOR CLERK USE ONLY):*

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

*FILED*
*8 15 PM*
*CHRISTI UNDERWOOD DALLAS CO TEXAS DEPUTY*

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:  McDavid Oprie  Email: mcoprice@yahoo.com  Address:  3514 Serenade Drive  Telephone:  469-271-4231  City/State/Zip:  Rowlett, TX 75088  Fax:  Signature:  State Bar No: | Plaintiff(s)/Petitioner(s):  _____  _____  _____  Defendant(s)/Respondent(s):  Federal Express Corporation  _____  _____  [Attach additional page as necessary to list all parties] | ☐Attorney for Plaintiff/Petitioner  ☑Pro Se Plaintiff/Petitioner  ☐Title IV-D Agency  ☐Other:  Additional Parties in Child Support Case:  Custodial Parent:  Non-Custodial Parent:  Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

| Contract | Injury or Damage | Real Property |
|---|---|---|
| *Debt/Contract*  ☐Consumer/DTPA  ☐Debt/Contract  ☑Fraud/Misrepresentation  ☐Other Debt/Contract:  ____  *Foreclosure*  ☐Home Equity—Expedited  ☐Other Foreclosure  ☐Franchise  ☐Insurance  ☐Landlord/Tenant  ☐Non-Competition  ☐Partnership  ☐Other Contract:  ____ | ☐Assault/Battery  ☐Construction  ☐Defamation  *Malpractice*  ☐Accounting  ☐Legal  ☐Medical  ☐Other Professional  Liability:  ____  ☐Motor Vehicle Accident  ☐Premises  *Product Liability*  ☐Asbestos/Silica  ☐Other Product Liability  List Product:  ____  ☐Other Injury or Damage:  ____ | ☐Eminent Domain/  Condemnation  ☐Partition  ☐Quiet Title  ☐Trespass to Try Title  ☐Other Property:  ____ |

| | Related to Criminal Matters | |
|---|---|---|
| | ☐Expunction  ☐Judgment Nisi  ☐Non-Disclosure  ☐Seizure/Forfeiture  ☐Writ of Habeas Corpus—  Pre-indictment  ☐Other: ____ | |

### Family Law

| Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|
| ☐Annulment  ☐Declare Marriage Void  *Divorce*  ☐With Children  ☐No Children | ☐Enforcement  ☐Modification—Custody  ☐Modification—Other |

| | Title IV-D |
|---|---|
| | ☐Enforcement/Modification  ☐Paternity  ☐Reciprocals (UIFSA)  ☐Support Order |

| Other Family Law | Parent-Child Relationship |
|---|---|
| ☐Enforce Foreign  Judgment  ☐Habeas Corpus  ☐Name Change  ☐Protective Order  ☐Removal of Disabilities  of Minority  ☐Other: ____ | ☐Adoption/Adoption with  Termination  ☐Child Protection  ☐Child Support  ☐Custody or Visitation  ☐Gestational Parenting  ☐Grandparent Access  ☐Parentage/Paternity  ☐Termination of Parental  Rights  ☐Other Parent-Child: |

| Employment | Other Civil | |
|---|---|---|
| ☑Discrimination  ☑Retaliation  ☑Termination  ☐Workers' Compensation  ☑Other Employment:  FMLA | ☐Administrative Appeal  ☐Antitrust/Unfair  Competition  ☐Code Violations  ☐Foreign Judgment  ☐Intellectual Property | ☐Lawyer Discipline  ☐Perpetuate Testimony  ☐Securities/Stock  ☐Tortious Interference  ☐Other: ____ |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal  ☐Tax Delinquency  ☐Other Tax | *Probate/Wills/Intestate Administration*  ☐Dependent Administration  ☐Independent Administration  ☐Other Estate Proceedings | ☐Guardianship—Adult  ☐Guardianship—Minor  ☐Mental Health  ☐Other: ____ |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court  ☐Arbitration-related  ☐Attachment  ☐Bill of Review  ☐Certiorari  ☐Class Action | ☐Declaratory Judgment  ☐Garnishment  ☐Interpleader  ☐License  ☐Mandamus  ☐Post-judgment | ☐Prejudgment Remedy  ☐Protective Order  ☐Receiver  ☐Sequestration  ☐Temporary Restraining Order/Injunction  ☐Turnover |

## 4. Indicate damages sought (do not select if it is a family law case):

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13

ATTACHMENT 3

CITATION

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:   **FEDERAL EXPRESS CORPORATION**
      **BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
      **1999 BRYAN ST STE 900**
      **DALLAS TX 75201-3136**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition
to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this
suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find
out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **101st District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **MCDAVID OYEKWE**

Filed in said Court  **15th day of April, 2021** against

**FEDERAL EXPRESS CORPORATION**

For Suit, said suit being numbered **DC-21-04561,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR PRODUCTION, REQUEST FOR
ADMISSIONS, FIRST SET OF INTERROGATORIES,** a copy of which accompanies this citation.  If this
citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of April, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
      TERESA JONES



---

**CERTIFIED MAIL**

**CITATION**

DC-21-04561

**MCDAVID OYEKWE**
vs.
**FEDERAL EXPRESS CORPORATION**

ISSUED THIS
**19th day of April, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  TERESA JONES, Deputy

**Attorney for Plaintiff**
**MCDAVID OYEKWE**
**PRO SE**
3314 SEABREEZE DR
ROWLETT TX  75088
**469-471-4337**
**mooyekwe@yahoo.com**

---

**AFFIDAVIT INABILITY TO PAY**

**OFFICER'S RETURN**

Case No. : DC-21-04561

Court No.101st District Court

Style: MCDAVID OYEKWE

  vs.

FEDERAL EXPRESS CORPORATION

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed at

_____, within the County of _____ at _____ o'clock _____ .M. on the

_____ day of _____, 20 _____, by delivering to the within named

_____

_____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance

actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

9214 8901 0661 5400 0161 8691 39

ATTACHMENT 4

PETITION

ORIGINAL

CAUSE NO. DC 21-0456 1

AFFIDAVIT INABILITY TO PAY SCANNED

| | | |
|---|---|---|
| McDavid Oyekwe , | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | OF DALLAS COUNTY, TEXAS |
| FEDERAL EXPRESS CORPORATION | § | |
| m.e. | § | E-101st |
| Defendant | § | JUDICIAL DISTRICT |

FILED
21 APR 15 PM 1:12
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY
CHRISTI UNDERWOOD

------------------------------------------------------------------------

## ORIGINAL PETITION WITH REQUEST FOR JURY / ATTORNEY AND DISCOVERY REQUESTS

COMES NOW, Plaintiff McDavid Oyekwe, ( "Plaintiff"), who files this Original Petition, alleging race discrimination and retaliation in violation of the Texas Commission on Human Rights Act ("TCHRA") pursuant to  Texas Labor Code Ann. §§ 21.051, .055  and Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination and FMLA fraud with missing wages claim.  Plaintiff would respectfully show the court the following:

### PARTIES

1. Plaintiff, McDavid Oyekwe is an individual who lives in Dallas, Dallas County, Texas.

2. Defendant Federal Express Corporation, ("Defendant") is a nationwide corporation in may be served through its registered agent, CT CORP SYSTEM at 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 USA

### JURISDICTION AND VENUE

3. Venue of this Court is proper pursuant to Section 15.002 of the Texas

ORIGINAL PETITION

Civil Practice and Remedies Code. The incident made the basis of this suit occurred in Dallas County, Texas.

4. Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000. The damages sought are within the jurisdictional limits of the court.

## DISCOVERY

5. Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure.

6. Under Texas Rules of Civil Procedure § 194, Plaintiff requests that Defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194. More specifically, you are requested to disclose:

   (a)    The correct names of the parties to the lawsuit;

   (b)    The name, address and telephone number of any potential parties;

   (c)    Legal theories and in general the factual basis of Defendant' claims or defenses;

   (d)    The amount of any method of calculating economic damages (for Plaintiff and Defendant);

   (e)    The name, address and telephone number of persons having knowledge of relevant facts and a brief statement of each identified person's connection with the case;

   (f)    For any testifying expert:

      (1)    the expert's name, address and telephone number;

      (2)    the subject matter on which the expert will testify;

      (3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or, if the

expert is not retained by, employed, or otherwise subject to the control of the responding party, documents reflecting such information;

(4)    if the expert is retained by, employed, or otherwise subject to the control of the responding party:

    (A)    all documents, tangible things, reports, models or data compilations that have been provided to, reviewed or for the expert in anticipation of the expert's testimony; and

    (B)    the expert's current resume and bibliography.

(g)    Any discoverable indemnity and insuring agreements;

(h)    Any discoverable settlement agreements relating to this case; and

(i)    Any discoverable witness statements.

7.  Plaintiff has attached, as Exhibit A, Interrogatories and Production Requests to Defendant, pursuant to Rule 196 and 197. Defendant's answers and documents are due to Plaintiff within 50 days of the service of this request.

## REQUEST FOR JURY / ATTORNEY

8.  Plaintiff hereby requests a trial by jury and has paid the jury fee.

9.  Plaintiff requests an attorney be provided if possible.

## FACTUAL BACKGROUND

10. Plaintiff began working for Defendant on or about January 2019.

11. On or about April 2019, Defendant moved the Plaintiff to the ramp team.

ORIGINAL PETITION

12. After joining the ramp team the Plaintiff learned the politics of the ramp causing the high turnover was racial discrimination.

13. Plaintiff maintained attendance with the top third of an estimated 300-500 employees forced to clock in with only 2 or sometimes just 1 stamp machine each shift.

14. Thinking he was only trying to help the reduce turnover and help team morality he reported it to Erik Rick Miglans whom took great offense.

15. Plaintiff used examples of privileges afforded to white co-workers than black co-workers waited last for despite tenure such as training.

16. For the duration of his employment, Plaintiff always gave his best efforts to Defendant even when injured on the job.

17. Plaintiff had no serious disciplinary history and was one of Defendant's best employees especially with safety working extra shifts in other hubs.

18. Plaintiff worked loading, unloading, equipment, driving and much more.

19. Plaintiff, who is black, received a lukewarm acknowledgement from Julie Hughes of his discrimination concerns with no follow-up nor apology. She suggest retaliation or harassment wouldn't follow but it did.

20. Plaintiff was harshly bullied in top loader duties for months straight in the cold in retaliation by Brandon Grannon (white) the top scheduler despite not being a manager.

21. The two other employees hired after the Plaintiff John Peterson (white) and Ruthie Pontemayor (Polynesian) were hired after McDavid Oyekwe and trained before him to be captions.

22. Despite months of top loader scheduling by Brandon Grannon and Erik Miglans on the most Dangerous Gate 7. Erik Rick Miglans began to literally harass the Plaintiff to go faster and potentially hurt himself or someone else.

23. Plaintiff satisfied all requirements safety and to allow no late flights.

24. However, it become apparent Erik Rick Milgans intention was to harass the Plaintiff into a resignation or injury for termination.

25. Ed Harvey (black) was the previous H.R. Manager whom the Plaintiff reported these infractions to. He was considered helpless just as Alonzo Wiley (black) whom was the official manager for the ramp team but Brandon Grannon made more decisions than him.

26. On or around late December, Plaintiff received a casual request to forfeit his HIPPA rights unlike other employees as himself.

27. Plaintiff declined citing his safety record and right to privacy like the others.

28. In violation of FedEx Express's own Leave Of Absence Policy. Erik Rick Milgans placed the Plaintiff McDavid Oyekwe without his request or consent on Leave of Absence.

29. Additionally, Plaintiff received word Ed Harvey was retiring New Years Eve 2019.

30. Conversely, a Jay Johnson was to replace him and coordinate this retaliatory stunt or speaking to me.

31. Plaintiff attempted to address this differential treatment with his team lead, Ramp Managers (black) Shane Dumas and (black) Joseph Agnew knew this also but feared retaliation themselves.

32. With regard to Plaintiff's FMLA fraud, Jay Johnson required the Plaintiff to meet him In February 2020 and speak to him while unpaid.

33. This was without any doctor of note to the Plaintiffs knowledge a Laura Corodimas from California called to coerce false statement from herself.

34. The fact that Plaintiff considered still an employee but treated as if he was fired with no badge or equipment to work was FMLA fraud by FedEx Express

35. Additionally, Laura Corodimas (white) then told McDavid Oyekwe to return March 27, 2020 and that I would return to the top side loader upon return.

36. Furthermore, Plaintiff was treated differently even worse upon return with no FedEx work gear to protect himself.

37. Erik Rick Milgans devised a new plan to reduce my role to deck duty under the pretext I must be re-trained on everything.

38. Erik Rick Milgans and Brandon Grannon continued to train whites before blacks and ignored my existence for future training as usual.

39. Again, The Plaintiff understands the FMLA fraud was neither right nor legal and contacted anybody whom would review the violations to reimburse his pay. Jay Johnson simply ignored the Plaintiff.

40. Julie Hughes continued to ignore the Plaintiff despite confirmation of discrimination previously.

41. Safety Concerns were ignored in this same manner with Joelle Hainstock in Memphis not DFW. She was meant to cover for absent Laura Jewell whom never responded.

42. Half never responded to the Plaintiff if not 75% of management reached out to.

43. April 29, 2020 The Plaintiff was on deck duty alone as punishment again despite previous reports to management.

44. The Plaintiff witnessed John Pederson strike the aircraft in the front side door area of Gate 5 with the stairs. This was not his first accident covered up by management.

45. Remember the Plaintiff is a witness not a captain and not involved. He reported it Management to protect himself.

46. Also on April 29, 2020 Alonzo Wiley called the Plaintiff a liar only to rush to Erik Rick Milgans offices to discuss it. I provided my statement before departing. That the Plaintiff's last day ever on the ramp to work.

47. The very next day, April 30, 2020. Alonzo Wiley ambushed McDavid Oyekwe in the guard shack with another Manager named Thomas to suspend the Plaintiff with pay. This similar to the New Years 2019 incident. Erik Rick Milgans & Jay Johnson needed time to make up a new plan to conceal retaliation. No follow-up questions of the reported accident were done.

48. Plaintiff reported all infractions to anybody he could especially the workplace hotline 1-866-423-3339

49. Then, on or about May 8th of 2020 or so, Defendant officially terminated Plaintiff for the pre-textual reason of "3rd Letter for insubordination." Despite no pretext or investigation.

50. The defendant's statements to the EEOC & OSHA don't match; especially at the end confirm concealment of retaliation.

51. Plaintiff was unpaid for the unrequested leave of absence articulated by Jay Johnson & Laura Corodimas December 31 2019 – March 26, 2020 via FMLA fraud.

52. This stated reason does not stand up to scrutiny, particularly where Plaintiff had clear communications of prior and continuing racial discrimination with harassment.

53. In fact, Plaintiff never received 3 letters within 12 - month period as a employee.

54. June 2020 another investigation letter was provided proving FedEx GFTP, IEEOC, & other resolution programs are all farces with slow paper trails to eliminate its legal threat. In fact June 2020 letter confirms it.

55. Defendant's actions are arbitrary and capricious and can be used to draw an inference of discrimination and retaliation.

56. Defendant has violated Title VII of the Civil Rights Act, 42 U.S.C. §1981 and the Texas Labor Code by discriminating against Plaintiff because of his race and color and retaliating against him.

## CONDITIONS PRECEDENT

57. Plaintiff has attached, as Exhibit B, the right to sue from the EEOC. It has been more than 180 since he filed his complaint with both the EEOC and TWC-Civil Rights Division and therefore he has exhausted his administrative remedies.

## CAUSES OF ACTION

Count I: Discrimination on the Basis of Race

58. Plaintiff realleges and incorporates by reference the preceding paragraphs for all purposes the same as if set forth herein verbatim.

59. As described above, Plaintiff was treated differently than the white

males that he worked with who were in the same position, same rank and job duties. Plaintiff and his white coworkers worked for the same company, the same division, the same department and were under the same management team.

60. There was no legitimate, nondiscriminatory reason why Defendant treated Plaintiff differently from his white coworkers especially if tenure was clear.

61. As a direct and proximate result of Defendant's conduct as alleged in this petition, Plaintiff sustained, and continues to sustain, economic and emotional damages. He has suffered a loss of both past and future wages and bonuses, benefits, damage to his professional career, emotional and mental damage, and a loss of his retirement in his 401K account.

## Count II: Retaliation for Race Discrimination Complaint

62. Plaintiff realleges and incorporates by reference the preceding paragraphs for all purposes the same as if set forth herein verbatim.

63. As described above, Plaintiff repeatedly notified Human Resources that he was being treated differently than his white coworkers and within days he was terminated in retaliation for his complaint.

64. As a direct and proximate result of Defendant's conduct as alleged in this petition, Plaintiff sustained, and continues to sustain, economic and emotional damages. He has suffered a loss of both past and future wages and benefits, damage to his professional career, emotional and mental damage, and a loss of his retirement in his 401K account.

ORIGINAL PETITION

Count III:  Family Medical Leave Act

65. Plaintiff realleges and incorporates by reference the preceding paragraphs for all purposes the same as if set forth herein verbatim.

66. At the time of his unofficial termination, Plaintiff was owed compensation for fraudulent unrequested FMLA (LOA) from Defendant and was not paid for the hours should've been worked if not banned from worksite in violation of the laws pursuant to FMLA interference or fraud.

67. Plaintiff is owed approximately $ 5,000-$15,000 in missing pay.


## DEMAND

68. Plaintiff realleges and incorporates by reference the preceding paragraphs for all purposes the same as if set forth herein verbatim.

69. As a result of Defendants' actions as described herein, Plaintiff has suffered damages including: economic loss of past and future salary, bonuses and benefits; mental anguish sustained in the past; mental anguish that, in reasonable probability, Plaintiff will sustain in the future; damage to his past and future professional career; a loss of 401k retirement. As set forth herein, Plaintiff has suffered additional damages in loss of overtime pay and seek recovery for same from Defendant.

70. Plaintiff further requests recovery of pre-judgment interest and post-judgment interest at the statutory rate or at such other rate as is set by this Court.

71. Pleading further, and alternatively, if necessary, Defendant is guilty of misconduct which was committed knowingly, intentionally, maliciously, wantonly, fraudulently, and in reckless and callous disregard of the

legitimate rights of the Plaintiff so far as to justify the imposition of exemplary damages. Plaintiff seeks recovery of such exemplary damages from Defendant.

## **PRAYER AND REQUEST FOR RELIEF**

For the foregoing reasons, Plaintiff requests that upon final trial or other disposition of this lawsuit, Plaintiff recover judgment against Defendant for the following:

a.  all damages requested;

b.  pre-judgment and post-judgment interest as provided by law;

c.  costs of court;

d.  exemplary damages; and

e.  such other and further relief, at law or in equity, to which Plaintiff is justly entitled.

Respectfully submitted,

McDavid Oyekwe, Pro Se

3314 Seabreeze Drive
Rowlett, TX 75088
469-471-4337

mooyekwe@yahoo.com

CAUSE NO. _____

| | | |
|---|---|---|
| McDavid Oyekwe , | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | OF DALLAS COUNTY, TEXAS |
| FEDERAL EXPRESS CORP... | § | |
| | § | |
| Defendant | § | _____JUDICIAL DISTRICT |

--------------------------------------------------------------------------------------

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiff MCDAVID OYEKWE pursuant to Federal Rules of Civil Procedure, who offers Plaintiff's Request for Admissions to DEFENDANT FEDERAL EXPRESS CORPORATION provide sworn answers to the following interrogatories to the MOOYEKWE@YAHOO.COM within the time provided by law.

### CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party by April 19th, 2021.

(x) **McDavid Oyekwe**
**3314 Seabreeze Drive**
**Rowlett, TX 75088**
**mooyekwe@yahoo.com**
**469-471-4337**

**DEFINITIONS**

"Date" as used herein means the day, month and year, on which the event or incident inquired about occurred.

"Company", " Defendant", "you" and "your" as used herein means the party to whom these requests are directed, as well as your agents, representatives, directors, servants, members, employees, persons acting or purporting to act on behalf of said party, and all other persons subject to said party's control.

"Entity" or "entities" includes and is intended to mean any company limited liability company, firm, nonpublicly traded corporation, association, trust, business trust, partnership, limited partnership, family limited partnership, limited liability partnership, joint venture, proprietorship, or any other form of business entity.

The term "identify" or "identity" with respect to a person or entity means to provide their name, address and telephone number.

"Location" as used herein means the street number, block, apartment number, city, state and zip code identifying the location inquired about and, in regard to the address of a person, includes the last known present whereabouts of the person.

"Parties" means Plaintiff or Defendant, or all.

"Person" includes and is intended to mean any natural person or the representative of Defendant or of any subsidiary agency.

"Relates to" means in whole or in part constitutes, contains, concerns, embodies, relates, analyzes, identifies, states, refers to, deals with, or in any way pertains to.

If any of this information is solely in electronic or magnetic form, you must produce this information by providing Plaintiff with this information on CD-ROM computer disks formatted for IBM-compatible computers with a notation identifying the computer program (including version identification) necessary to access the information.

**REQUEST FOR PRODUCTION NO. 1:**

Produce <u>a complete</u> (not just the documents relied upon) copy of any investigative files regarding Plaintiff or his job performance, including but not limited to, all documents, photographs, memos, emails, statements, and audio or video files collected while investigating Plaintiff prior to his termination and after.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 2**

Produce any and all documents, which were provided to the EEOC by Defendant during the EEOC investigation.


**ANSWER:**


**REQUEST FOR PRODUCTION NO. 3:**

Produce any and all documents, which were provided to the OSHA by Defendant during the OSHA investigation.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 4:**

Produce documents, which reflect any and all policies of whistleblower protection.


**ANSWER:**


**REQUEST FOR PRODUCTION NO. 5:**

Produce documents, which reflect any and all accidents on ramp in 2019 & 2020

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 6:**

Provide all training records completed by McDavid Oyekwe & not completed by McDavid Oyekwe.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 7:**
Produce documents, which reflect any and all policies regarding workplace safety.


**ANSWER:**


**REQUEST FOR PRODUCTION NO. 8:**
Produce all letters of any investigative action related to or involving McDavid Oyekwe
concerns.

**ANSWER:**


**REQUEST FOR PRODUCTION NO. 9:**
Produce all letters of any safety action(s) related to or involving Erik Rick Miglans,
Brandon Grannon or 1-866-423-3339 for 2019 and 2020.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 10:**
Produce all & any video footage action related to or involving McDavid Oyekwe April
29, 2020.

**ANSWER:**



Respectfully submitted,

*/s/* McDavid Oyekwe
3314 Seabreeze Drive
Rowlett, Texas 75088
mooyekwe@y*ahoo.com*
*469-471-4337*

CAUSE NO. _____

| | | |
|---|---|---|
| McDavid Oyekwe , | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | OF DALLAS COUNTY, TEXAS |
| FEDERAL EXPRESS CORP... | § | |
| | § | |
| Defendant | § | _____JUDICIAL DISTRICT |

-------------------------------------------------------------------------------------

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT

Plaintiff MCDAVID OYEKWE pursuant to Rule 36 of the Federal Rules of Civil Procedure, who offers Plaintiff's Request for Admissions to DEFENDANT FEDERAL EXPRESS CORPORATION provide sworn answers to the following interrogatories to the MOOYEKWE@YAHOO.COM within the time provided by law.

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party via by April 19th, 2021.

(x) **McDavid Oyekwe**

**REQUEST FOR ADMISSION NO. 1:**
McDavid Oyekwe never physically worked on the ramp serving flights for Federal Express Corporation on April 30, 2020 after reporting an aircraft strike that day.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 2:**
McDavid Oyekwe was the only employee suspended on the day of April 30, 2020, Not John Pederson, Not Chris Barnes. Ruthie Pontemayor.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 3:**

Did any ramp agent confirm markings left by the stairs mated to the Gate 5 aircraft on April 29, 2020.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 4:**

McDavid Oyekwe was assigned to Gate 5 to work on April 29, 2020.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 5:**

No mechanics inspected the Gate 5 first aircraft on April 29th, 2020 after the report it was impacted.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.6:**

John Pederson have a history of accidents on ramp such broken locks & top side loader impacting a retainer wall.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.7:**

McDavid Oyekwe was never trained to be captianat FedEx Express.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.8:**

No Safety manager was on sight at DFW the morning of April 29, 2020.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.9:**

Ruthie Pontemayor nor Chris Barnes were suspended in related to aircraft strike reported on April 29, 2020?

**RESPONSE:**

**REQUEST FOR ADMISSION NO.10:**
Shane Dumas was a witness but fired before OSHA investigator Justin Williams
visited November 2020.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.11:**
Joseph Agnew was a witness for OSHA investigator Justin Williams visit in
November 2020.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.12:**
McDavid Oyekwe never requested, consented, or solicited the Leave Of Absence
Policy in 2019 or 2020.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.13:**
McDavid Oyekwe was unpaid but an employee while barred from working for FedEx
December 31,2019 to March 26, 2020

**RESPONSE:**

**REQUEST FOR ADMISSION NO.14:**
McDavid Oyekwe was ordered to forfeit his work IDs and equipment to
management on December 31, 2019.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.15:**
McDavid Oyekwe applied to a job internally while blocked from physically entering
FedEx Express DFW property.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.16:**

McDavid Oyekwe was not not able to interview for the International Doc Agent job while blocked from physically entering FedEx Express DFW property.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.17:**
McDavid Oyekwe was exercised the Open Door Policy with no success or clarity.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.18:**
McDavid Oyekwe exercised GFTP with no success or clarity

**RESPONSE:**

**REQUEST FOR ADMISSION NO.19:**
Jorge Pardo was also injured on Gate 7 in January of 2020.

**RESPONSE:**

**REQUEST FOR ADMISSION NO.20:**
McDavid Oyekwe worked Gate 7 with the Top –Slide Loader for 2-3 months straight with no accident in 2019.

**RESPONSE:**


Respectfully submitted,

/s/ McDavid Oyekwe
3314 Seabreeze Drive
Rowlett, Texas 75088
mooyekwe@yahoo.com
469-471-4337

CAUSE NO. _____

| | | |
|---|---|---|
| McDavid Oyekwe , | § | IN THE DISTRICT COURT |
| | | § |
| Plaintiff | § | |
| | § | |
| V. | § | OF DALLAS COUNTY, TEXAS |
| FEDERAL EXPRESS CORP... | § | |
| | § | |
| Defendant | § | _____JUDICIAL DISTRICT |

---------------------------------------------------------------------------------------

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

Plaintiff MCDAVID OYEKWE pursuant to Federal Rules of Civil Procedure 26 and 33, requests that DEFENDANT FEDERAL EXPRESS CORPORATION provide sworn answers to the following interrogatories to the MOOYEKWE@YAHOO.COM within the time provided by law.

### INSTRUCTIONS

A. If any interrogatory cannot be answered in full after exercising due diligence to secure the information, so state in the answer to the extent possible, specifying your inability to answer and the reason(s) why. If for any reason an answer is qualified, set forth the details of such qualification.
B. The remaining instructions and definitions contained in Plaintiff's First Requests for Production of Documents to Defendent are incorporated herein as if fully restated.

### CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party by April 19th, 2021.

(x) **McDavid Oyekwe**

---

**INTERROGATORY NO. 1:**

Please explain what Federal Express Corporation believes occurred on Gate 5 with John Pederson, Ruthie Pontemayor, Chris Barnes and McDavid Oyekwe for the complete shift of April 29, 2020.

**ANSWER:**

**INTERROGATORY NO. 2:**
Please detail all cameras and angles available SEE or record Gate 5 at Federal Express Corporation and their availability.

**ANSWER:**

**INTERROGATORY NO. 3:**
Was McDavid Oyekwe responsible for any delayed flight April 29, 2020?

**ANSWER:**

**INTERROGATORY NO. 4**:
Explain if anyone ask secondary or third level questions for clarity from McDavid Oyekwe.

**ANSWER:**

**INTERROGATORY NO. 5**:
Please explain all investigations involving McDavid Oyekwe in chronological order.

**ANSWER:**

**INTERROGATORY NO. 6:**
If an employee reports an aircraft strike how or why did it result in only the witness being suspended though not involved?

**ANSWER:**

**INTERROGATORY NO. 7**:
Who do Federal Express Corporation employees report aircraft strikes to? Does a policy explain the time requirements to report?

**ANSWER:**

**INTERROGATORY NO. 8**:
Please explain the differences between your explanation to the EEOC and OSHA to its entirety.

**ANSWER:**

**INTERROGATORY NO.** 9:

McDavid Oyekwe reporting his belief of an aircraft strike to management insubordination?

**ANSWER:**


**INTERROGATORY NO. 10:**

When did McDavid Oyekwe last physically work at Fedex Express DFW Airport Ramp?

**ANSWER:**


**INTERROGATORY NO. 11:**

What job application did McDavid Oyekwe complete while placed on Leave of Absence against his will?

**ANSWER:**

**INTERROGATORY NO. 12:**

Was McDavid Oyekwe an employee December 31, 2019 through March 26, 2020?

**ANSWER:**


**INTERROGATORY NO. 13:**

Was McDavid Oyekwe badges & equipment taken to prevent him from entering FedEx Property at DFW December 31, 2019 through March 26, 2020?

**ANSWER:**

**INTERROGATORY NO. 14:**

Was McDavid Oyekwe consulted to get diagnosed by a FedEx official or doctor with Heights?

**ANSWER:**

**INTERROGATORY NO. 15:**

How many complaints did 1-866-423-3339 received in 2019 or 2020 regarding Erik Rick Milgans or Brandon Grannon.

**ANSWER:**

Respectfully submitted,

*/s/* McDavid Oyekwe
3314 Seabreeze Drive
Rowlett, Texas 75088
mooyekwe@*yahoo.com*
*469-471-4337*

# EXHIBIT A

HR Compliance
3690 Hacks Cross Rd
Bldg. I, 3rd Floor
Memphis, TN 38125-8800 USA

Telephone 901.434.3710
Fax 901.492.7312



Express

August 5, 2019

McDavid Oyekwe
3314 Seabreeze Drive
Rowlett, TX 75088

Dear Mr. Oyekwe:

This acknowledges our receipt of your internal complaint of discrimination. Employment discrimination complaints are reviewed promptly by the Internal EEO Complaint Process. A thorough investigation will be conducted in as confidential a manner as possible. Once the investigation begins, you will be contacted to discuss your allegations. Your participation is critical for a complete investigation.

Employees are protected by company policy and federal statutes from coercion, intimidation, retaliation, interference or discrimination as a result of you filing a complaint of discrimination.  FedEx Express specifically prohibits such actions on the part of management or other employees.

You will be notified in writing once the investigation has been completed.  If you have any questions about the Internal EEO Process, please contact Human Resources Advisor, Edward Harvey at (972) 456-6675.

Thank you for bringing your concerns to our attention.

Linda Reed
HR Compliance Department
901-434-3710

## Ramp Safety

1. Perform Pre and Post inspections of all equipment operated for the day. Fill out the required paper work for each item. Paper work is located by the overhead door near the Dangerous Goods area.

   If there is a problem with the equipment fill out a maintenance tag and take the equipment to GSE for repair.

2. Place tug in neutral, apply the parking brake and turn the tug off while sitting idle waiting to move. Help the tug driver in front of you load their dollies to help keep the process moving.

3. Always chock the left rear tire of the tug.

4. Always chock the front left tire of the Dollie and put the tongue up.

5. Do not drive behind the plane if the red beacon light is on.

6. Never walk between the loader and the Dollie.

7. Never walk or stand on the loader. Push the container onto the loader from the transition deck or from the ground. Never pull a container onto the loader.

8. Don't stand near the loader while the loader Is in the up position.

9. Reduce speed when pulling up to and away from the loader, the canopy area and heavyweight area.

10. Reduce speed when driving near other employees and at blind spots.

11. Drive slow between the Mechanics storage container and the warehouse building. Only tugs should be driven in this area, with the exception of removing or obtaining containers from the fingers.

12. Do not drive or park equipment between the Mechanics storage building and the Mechanics Equipment (where the push backs are parked).

13. STOP and sound horn at the door any time you are driving into any part of the warehouse building. Drive slow while inside the building.

14. STOP and sound the horn at the door before exiting the warehouse building. Drive out of the building slowly.

15. STOP, Turn OFF Equipment, and call a Ramp Agent or Manager to the location if any piece of equipment is struck by another piece of equipment.

16. Pull or Push containers off the Dollies from the side of the container during the onload of the planes.



**FedEx**

November 4, 2011

McDavid Oyekan
3314 Sealcrest st
Rowlett, TX 75088

Dear Sir: McDavid Oyekan

Thank you for using our internal EEO Complaint process relating to your claim of alleged discrimination and/or harassment. Your claim has been thoroughly investigated, as FedEx takes all complaints seriously.

We have treated this matter confidentially to the extent possible, while still allowing us to conduct a full investigation and respond appropriately. Therefore, no additional information will be provided to you regarding this investigation.

We appreciate you taking the time to bring these matters to our attention. I want to remind you FedEx policy prohibits retaliation for filing a complaint. Should you believe you are being retaliated against, or should you have any other concerns, please report them immediately to a member of management, your human resources advisor, or the Human Resources Compliance group.

Sincerely,

Julie M. Hughes
Managing Director
Lonestar District

Confession

Sunday Schedule 0200 Start Rotation

| 12/29/2019 | 1/5/2019 | 1/12/2019 | 1/19/2019 | 1/26/2019 | 2/2/2019 |
|---|---|---|---|---|---|
| Day-Turner | Unkefer | Day-Turner | Unkefer | Day-Turner | Unkefer |
| Biringanine | Chappell | Biringanine | Chappell | Biringanine | Chappell |
| Neal | Aigbe | Neal | Aigbe | Neal | Aigbe |
| Gullace | Petersen | Gullace | Petersen | Gullace | Petersen |
| Newman | Pontemayor | Newman | Pontemayor | Newman | Pontemayor |
| Oyekwe | Atwood | Oyekwe | Atwood | Oyekwe | Atwood |
|  | Bream |  | Bream |  | Bream |

| 2/9/2019 | 2/16/2019 | 2/23/2019 | 3/1/2019 | 3/8/2019 | 3/15/2019 |
|---|---|---|---|---|---|
| Day-Turner | Unkefer | Day-Turner | Unkefer | Day-Turner | Unkefer |
| Biringanine | Chappell | Biringanine | Chappell | Biringanine | Chappell |
| Neal | Aigbe | Neal | Aigbe | Neal | Aigbe |
| Gullace | Petersen | Gullace | Petersen | Gullace | Petersen |
| Newman | Pontemayor | Newman | Pontemayor | Newman | Pontemayor |
| Oyekwe | Atwood | Oyekwe | Atwood | Oyekwe | Atwood |
|  | Bream |  | Bream |  | Bream |

| 3/22/2019 | 3/29/2019 | 4/5/2019 | 4/12/2019 | 4/19/2019 | 4/26/2019 |
|---|---|---|---|---|---|
| Day-Turner | Unkefer | Day-Turner | Unkefer | Day-Turner | Unkefer |
| Biringanine | Chappell | Biringanine | Chappell | Biringanine | Chappell |
| Neal | Aigbe | Neal | Aigbe | Neal | Aigbe |
| Gullace | Petersen | Gullace | Petersen | Gullace | Petersen |
| Newman | Pontemayor | Newman | Pontemayor | Newman | Pontemayor |
| Oyekwe | Atwood | Oyekwe | Atwood | Oyekwe | Atwood |
|  | Bream |  | Bream |  | Bream |

| 5/3/2019 | 5/10/2019 | 5/17/2019 | 5/24/2019 | 5/31/2019 | 6/7/2019 |
|---|---|---|---|---|---|
| Day-Turner | Unkefer | Day-Turner | Unkefer | Day-Turner | Unkefer |
| Biringanine | Chappell | Biringanine | Chappell | Biringanine | Chappell |
| Neal | Aigbe | Neal | Aigbe | Neal | Aigbe |
| Gullace | Petersen | Gullace | Petersen | Gullace | Petersen |
| Newman | Pontemayor | Newman | Pontemayor | Newman | Pontemayor |
| Oyekwe | Atwood | Oyekwe | Atwood | Oyekwe | Atwood |
|  | Bream |  | Bream |  | Bream |

Case 3:21-cv-01075-L-BT   Document 1-5   Filed 05/12/21   Page 39 of 66   PageID 51

| DATE | 3/27/20 | | | | March | | | | A.M. FLIGHT RECAP | | | Fri |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| FLT | A/C | TAIL# | GATE | STA/plan | ETA | OUT | IN | +/- | DELAY CODES | | | M/S TOTAL | M/S +- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 471 | MD10 | 319 | 5 | 3:58 | 353 | | | DSG | $D009 = 4$ 1st,___ m/s,___ last abk wt 12 | | | 18000 | |
| 235 | 767 | 177 | 4 | 4:47 | 432 | | | | 1st,___ m/s,___ last abk wt ✓ | | | 6000 | |
| 401 | 777 | 888 | 3 | 5:08 | | | | Pallets FWD 4 pallets fwd | $dM9 = A5$ Ab 1st,___ m/s,___ last abk wt 308 | | | 16000 | |
| 723 | 767 | 182 | 8 | 5:22 | 518 | | | Pallets Both 1 pallet fwd, 3 pallets aft | 1st,___ m/s,___ last abk wt ✓ | | | 14300 | |

| FLT | A/C | TAIL# | GATE | STD | OUT | +/- | | | DELAY CODES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172 | 777 | 888 | 3 | 7:00 | | | | | | | | |

| MEM LOAD PLAN | Mail to MEM | | | Other | | | | | REPORTS SENT??? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J/AD | SA/AYY AKE/AQF | CTV | Missort | AFW | JIY/IK | PM | AMJ | | | | |
| Tue-Wed | 19/12 | 3/2 | None | 0 | 1 AAD | 0 | 0 | | Delay Report ___ | | Scan Recap ___ |
| Thur | 16/8 | 2/2 | None | 0 | 1 AAD | 0 | 0 | | Enter Fuel Slip ___ | | Send Reformer ___ |
| Thur | | 32/14 | None | 0 | 1 AAD | | | | Scan Fuel Slip ___ | | Freight Left ___ |
| Fri | 18/3 | 21/12 | 5 TRK | 0 | 1 AAD | 0 | 0 | | GSE Audit & File ___ | | Print AV Reports ___ |
| | | 31/0 | | | | | | | Scan Postal Manifest ___ | | |

| QOCC CONTACT: | | TIME : | INQUIRY : | | | |
|---|---|---|---|---|---|---|
| SHIFT NOTES : | | | | | | |



**INTER-OFFICE MEMORANDUM**

**Date:** December 31, 2019        **To:**    McDavid Oyekwe  # 3758550

**From:** Alonzo Wiley III         **cc:**    Rick Miglans
                                               Jay Johnson
                                               Ed Harvey

**Subject:** Personal Leave of Absence (PLOA)

Effective immediately you are being placed on a 90-day Personal Leave of Absence as a result of your inability to perform the essential functions of the Material Handler position. The 90-day leave is to allow you to find another position within FedEx for which you are qualified and can perform the essential functions with or without accommodation. During this time, you will have the ability to submit unlimited job bids in order to secure a position. Failure to secure another position for which you are qualified within 90-day period will be considered a voluntary resignation.  You may not apply for a position for which you were an unsuccessful candidate for at least 12 months from the date you left that position. You will receive a copy of all open FedEx open positions each week until you find a position you can perform or you exhaust your PLOA. You are expected to secure a position with 90-days of the effective date of this letter and should you not be successful in securing a position it will be considered as voluntary resignation.

This leave is without pay. During your leave you are subject to all provisions of the Leave of Absence (Personal) Policy, P1-55. A copy of the policy is attached. You are reminded that failure to return to work on or before the date specified in this letter is considered a voluntary resignation.

We wish you the best during your leave and look forward to your return to FedEx on or before March 31, 2020.

Regards,

*Alonzo Wiley III*

Alonzo Wiley III
Ramp Manager
DFWRR

Signature: _____        Date: _____

**FedEx.**    🔍 Search                 

# My Applications   Actions

7 items             ⊞ ≡ ⊡ ⌐

| Date Applied | Candidate Recruiting Status | Job Title | Job Requisition | [ |
|---|---|---|---|---|
| 02/26/2020 | No Longer Under Consideration | | RC213600 Intl Doc Agent/Non-DOT (Filled) | |
| 07/03/2019 | No Longer Under Consideration | Internal: IT Sr Manager | RC109642 IT Sr Manager (Open) | |
| 07/03/2019 | Under Consideration | Internal: LV472:Account Exec | RC17168 LV472:Account Exec (Open) | |
| 07/03/2019 | Under Consideration | Internal: LB340: Logistics coordinator | RC126173 LB340: Logistics coordinator (Open) | |
| 07/03/2019 | Under Consideration | Internal: LB327: Operations Coordinator | RC114837 LB327: Operations Coordinator (Filled) | |
| 07/03/2019 | Under Consideration | Internal: LB062: Cargo Operator | RC1240 LB062: Cargo Operator (Filled) | |
| 01/03/2019 | No Longer Under Consideration | FXE-US Career Site: HANDLER/WAREHOUSE - PART TIME, 10 PM-5 AM $13.65 HR. | RC118384 HANDLER/WAREHOUSE - PART TIME, 10 PM-5 AM $13.65 HR. (Evergreen) (Closed) | |

**Julie M. Hughes**
Managing Director
Lonestar District

**AGFS**
2001 World Wide Drive
Fort Worth, TX 76177

Telephone: 817.606.4429
Mobile: 901.302.0396
Email: jmhughes@fedex.com



March 26, 2020

McDavid Oyekwe #3758550
3314 Seabreeze Drive
Rowlett, TX 75088

Dear Mr. Oyekwe,

Thank you for using our internal EEO Complaint process relating to your claim of alleged discrimination and/or harassment. Your claim has been thoroughly investigated, as FedEx takes all complaints seriously.

We have treated this matter confidentially to the extent possible, while still allowing us to conduct a full investigation and respond appropriately. Therefore, no additional information will be provided to you regarding this investigation.

We appreciate you taking the time to bring these matters to our attention.  I want to remind you FedEx policy prohibits retaliation for filing a complaint. Should you believe you are being retaliated against, or should you have any other concerns, please report them immediately to a member of management, your human resources advisor, or the Human Resources Compliance group.

Sincerely,

Julie M. Hughes
Managing Director
AGFS Western Region
Lonestar District

**Julie M. Hughes**
Managing Director
Lonestar District

**AGFS**
2001 World Wide Drive
Fort Worth, TX 76177

Telephone: 817.606.4429
Mobile: 901.302.0396
Email: jmhughes@fedex.com



March 27, 2020                    *(Overnight Tracking #770118498217)*

Mr. McDavid Oyekwe # 3758550
3314 Seabreeze Drive
Rowlett, TX 75088

RE:     Step I GFTP - **Guaranteed Fair Treatment Procedure**
        *GFTP TICKET – 67580*

Dear Mr. Oyekwe,

Thank you for utilizing the FedEx Step 1 Guaranteed Fair Treatment procedure. However,
the issue you listed in the GFT complaint you filed does not qualify as an eligible issue
according to the Guaranteed Fair Treatment Procedure, (P5-5).   Work assignments are not
eligible for the Guaranteed Fair Treatment process. During your leave, your SIDA badge was
returned to the proper authorities as required by Transportation Security Administration.
You will be required to obtain a new SIDA badge prior to resuming your duties on the ramp.
All employees working on the ramp must have a valid SIDA badge; therefore, you will be
working in the sort until you can reobtain a SIDA badge.

Additionally, your harassment and discrimination claims have been previously investigated.
Should you have new issues, please contact your Human Resources Advisor to discuss your
course of action.

If you have any further questions, please contact HR Advisor Jay Johnson at 972-456-6675.

Sincerely,

Julie M. Hughes
Managing Director
AGFS Western Region
Lonestar District

cc:     Erick Miglans
        Alonzo Wiley
        Jay Johnson

# *Certificate of Completion*

This Certifies that

## MCDAVID OYEKWE

has successfully completed the following course

### DFW NMDT TRAINING 2019

on

## 04/07/2020

_____        _____

SIGNATURE                            TITLE



DALLAS
FORT WORTH
INTERNATIONAL
AIRPORT

# #70062 **discriminative hours despite tenure**

Guaranteed Fair Treatment Procedure » Leadership Failure        **Last Activity:** 04/09/2020 13:26 GMT
                                                       👥 GFTP   |   **Status:** IN_PROGRESS   |

| Reported By | Reported On | Duration | Ticket Level |
|---|---|---|---|
| McDavid Oyekwe (3758550) | 04/09/2020 13:26 GMT / 04/09/2020 08:26 CST | few mins ago | Step 1 |

**Attachments:**

**No Attachments**

 Ticket Details

### Ticket Details :

ERIK RICK MILGANS AND ALONZO WILEY HAD COLLUDED TO LIMIT MY HOURS DESPITE MY TENURE. MY SCHEDULE HAS YET TO BE POSTED THIS WORK WEEK. ERIK RICK MILGANS HARASSED MYSELF ON MY 1ST WORK DAY BACK ON THE RAMP TO FALSELY ACCUSE ME OF USING THE RESTROOM TOO LONG. I ASSISTANCE IN EVERY FLIGHT ON THE RAMP TODAY UNLIKE OTHERS ON THE RAMP. I FEAR FOR MY SAFETY AROUND ERIK RICK MILGANS RACIST AND FASCIST ATTITUDE TOWARDS MYSELF DIRECTLY BUT ALSO BEHIND MY BACK.

**FedEx Express policy encourages that you have an open and frank discussion with your manager before entering the GFTP Process. Have you had this discussion?**

Yes

**Is this complaint against your own manager or management chain?**

Yes

**If "yes" please proceed to the next question. If "No", please enter the employee number of the manager that you are filing against.**

9488

**Listed below are issues eligible for the GFTP Process.**

U Unfair treatment (Job assignment, Performance Review)

| **Explain why you feel management was unfair.** | I FEAR FOR MY SAFETY AROUND ERIK RICK MILGANS RACIST AND FASCIST ATTITUDE TOWARDS MYSELF DIRECTLY BUT ALSO BEHIND MY BACK. |
|---|---|

**PAST - Punctuality and Attendance System Tracking**

**Alerts | Attendance Expectations | Calendar | Action Update | Available Hours | Reports | Delegation**

Select Employee: | OYEKWE, MCDAVID    ▼ |  Submit

Date Range: 04/25/2019 - 04/23/2020
Employee: 3758550 - OYEKWE, MCDAVID

Attendance Rate Performance Rating

| 100% | OUTSTANDING |
|---|---|
| 99.0 - 99.9% | WELL ABOVE SATISFACTORY |
| 98.0 - 98.9% | ABOVE SATISFACTORY |
| 96.9 - 97.9% | SATISFACTORY |
| 96.0 - 96.8% | BELOW SATISFACTORY |
| 95.0 - 95.9% | WELL BELOW SATISFACTORY |
| BELOW 95% | WEAK |

Dates Absent - Your Attendance Rate is 99.0%

| 10/04/2019 | Sick |
|---|---|
| 12/04/2019 | Sick |

Punctuality Rate Performance Rating

| 100% | OUTSTANDING |
|---|---|
| 98.5 - 99.9% | WELL ABOVE SATISFACTORY |
| 96.9 - 98.4% | ABOVE SATISFACTORY |
| 96.0 - 96.8% | SATISFACTORY |
| 95.0 - 95.9% | BELOW SATISFACTORY |
| 94.0 - 94.9% | WELL BELOW SATISFACTORY |
| BELOW 94% | WEAK |

Dates Tardy - Your Punctuality Rate is 95.6%

| 04/25/2019 | 0:02 | 09/29/2019 | 0:06 |
|---|---|---|---|
| 05/14/2019 | 0:21 | 10/02/2019 | 0:08 |
| 05/15/2019 | 0:01 | 10/06/2019 | 0:11 |
| 07/31/2019 | 0:10 | 04/09/2020 | 0:09 |
| 08/23/2019 | 0:02 | 04/23/2020 | 1:41 |

Copyright, 2020. FedEx Express.                    **Friday, April 24, 2020**                    Contents subject to change.
Printed and other static representations of
this data are classified for reference only.



**INTER-OFFICE MEMORANDUM**

Date:  April 30, 2020

From:  Alonzo Wiley III

To:    McDavid Oyekwe #3758550

cc:    Rick Miglans
       Jay Johnson

RE:    **Investigative Suspension with Pay**

Effective immediately, you are being placed on suspension with pay pending investigation of potential violation of the policy P2-5.  Please understand that this suspension is not punitive in nature and is intended to allow us time to investigate the facts related to this situation.

While on investigative suspension, you are not to contact any FedEx employee or customer nor are you to enter any FedEx facility without permission of management, except to mail or receive FedEx packages at the customer counter.  Please turn in your FedEx Express ID, keys, gas card and/or any other FedEx property in your possession.

**Please stay in town and accessible by phone during normal operational hours.  If you are unable to be at your home, please leave a contact number where you can be reached.  Please call me each day at 0600 at the number listed below.  If I am not available, you must speak with another member of management.**

If you have any questions regarding corporate policy and/or responsibilities during this time, you may contact your Human Resources Advisor, Jay Johnson, at 972.456.6675.

Alonzo Wiley III
Manager
DFWR
817.713.2632

Employee _____    Date _____

Witness [if required] _____    Date _____

Attachments:  Potential Policy Violated



May 8, 2020

McDavid Oyekwe
3314 SEABREEZE DRIVE
ROWLETT, TX 75088

Dear Complainant:

Below is the management rationale I provided to my Managing Director regarding your Warning Letter/Termination. I have omitted any reference to specific employee names. **NOTE:** You are referred to as 'Complainant' in this document.

## Management Decision Rationale:

Complainant had been advised on numerous occasions by multiple levels of management that continuing to enter GFTPs and Open Doors for issues that have been previously investigated is considered an abuse of the process and you were to cease this behavior. Complainant met with Managing Director Julie Hughes on April 23 during which she informed the Complainant that FedEx valued the Complainant employment, but that abuses of FedEx's internal processes would no longer be tolerated, and that if the Complainant wished to remain with FedEx, the abuses had to stop. Despite being given these directives the Complainant continued the abuses of the processes and on 04/24/2020 and again on 4/29/2020, the Complainant entered another GFTP in the system for items not eligible for the GFTP process and for concerns that have already been investigated and addressed by management. In the last month the Complainant has entered over a dozen such entries, which is considered an abuse of our processes. Complainant likewise continued to send emails to executive management after being instructed by numerous managing directors told to cease.

Additionally, on 04/29/2020 the Complainant reported that employees struck an aircraft, which upon investigation was shown to be false report.

Upon completion of our investigation, it was determined that the Complainants repeated failure to follow directives is disruptive and insubordinate in violation of the Acceptable Conduct Policy (P2-5), a copy of which is attached for your review.  As a result of the Complainants behavior, a Warning Letter was issued.

A review of the Complainants disciplinary history indicated the Complainant received three letters within the past twelve months:

1.    04/30/2020 - Warning Letter – Insubordination
2.    10/10/2019 - Performance Reminder Decision Day – Unsat Punctuality

3.    04/24/2019 - Warning Letter – Dropped Container (note: while this letter is in excess of 12 months the time period of activity was adjusted forward based on the number of days you spent on a leave of absence in concurrence with policy)

Any additional questions or concerns that you may have can be addressed during the Step 1 GFTP meeting scheduled on May 12, 2020.

Regards,

*Alonzo Willy II*

Complainant's Manager or Hiring Manager for selection cases
cc: Matrix HR Representative
File

## Intl Doc Agent/Non-DOT (Actions)

## Job Description

Intl Doc Agent/Non-DOT



High School Diploma/G.E.D. Twelve (12) Months Work Experience In The Int'L Transportation, Freight Forwarding Or Brokerage Industry. Customer Contact Experience Preferred. Must Type 25 Wpm. Knowledge Of Cosmos, Kiac, Visa, Famis, Tortes, Ams, Ipbso, Etc. And Pc Software Applications, I.E., Word Processing, Spreadsheet, Etc. Preferred. Knowledge Of U.S. Customs Regulations And Procedures Preferred. Ability To Successfully Complete All Basic And Recurrent Training. Good Human Relations And Verbal Communication Skills.
Non-Covered Safety Sensitive Position; Ability to work in a constant state of alertness and in a safe manner.

Ensures The Efficient Movement And Clearance Of Import/Export Freight In Compliance With Established Regulations And Procedures For Any International Import/Export Freight Which Includes Freight Held "In-Bond" Per Customers' Request For Broker-Select Clearance Option.

Supplemental and interview required, the typing test must be submitted prior to the posting end date. Have your manger, human resource or recruiter to help make arrangements for testing.

Full time A.M. Vacation, PNW Coverage, shifts will varies from 0500-1830
No coverage needed the schedule will be Monday,Wednesday -Friday 1000-1830 & Saturday 0800-1630 (days off Sunday and Tuesday)

Compensation Grade:
FXEUS_C1

FXE-US/USA/DFW/75261/2967 N Airfield Dr
**Job Posting End Date:**
2020-02-29 08:00

**Apply**

Internal: Intl Doc Agent/Non-DOT

## Job Details

| Job Requisition ID | RC213600 |
|---|---|
| Location | FXE-US/USA/DFW/75261/2967 N Airfield Dr |
| Posting Date | 02/21/2020 - 5 days ago |
| Job Family | FXE-US: Operations |
| Time Type | Full time |
| Job Type | Regular |
| Supervisory Organization | AGFS Ramp Ops (DFW-RT) (Veanko Bins (191625)) |

## Recruiter

Veanko Bins (191625)

## Hiring Manager

Veanko Bins (191625)

## Team Members



June 22, 2020

McDavid Oyekwe
3314 Seabreeze Drive
Rowlett, TX 75088

Dear Mr. Oyekwe:

We would like to thank you for utilizing the FedEx internal employee complaint process to have your issues of concern reviewed by subsequent levels of management.

The Appeals Board convened on June 22, 2020, at your request, to review your Warning Letter/Termination on May 1, 2020, for violation of the Performance Improvement policy.

The Board carefully analyzed the facts surrounding your GFTP complaint and it was the Board's decision to uphold your Warning Letter/Termination.

This is the final step of the GFTP process; therefore, the decision of the Appeals Board is final and binding on you and the Company.

For the Appeals Board,

Brandon Tolbert
Appeals Board Administrator

To Mr. Alvan Robinson:

2/15/2021

**Safety & Discrimination Issues**


I Shane N. Dumas spoke to an OSHA investigator in November and in February sent a statement letter to EEOC investigator Mr. Alvan Robinson regarding McDavid Oyekwe Safety and Discrimination issues. As stated to the investigator my title was Ramp Agent. I was in a leadership role during the AM operation on the ramp at FEDEX DFW Airport location. There were several issues of discriminations that I can confirm happen to McDavid Oyekwe. He was one of the last employees trained on equipment & aircraft and to my knowledge he was never captain trained. Jeff Towbridge, Bryan Anthony, Kipling and Ashely (Don't remember their last names) was trained and certified ahead of him. Mr. Oyekwe did have higher seniority and longer tenure with the company then all those I named. I also witness Rick Miglans (Senior Manager) and Alonzo Wiley (Ramp Manager) watch and try to intimidate McDavid Oyekwe at gate 7 when he was mating up the topside loader to an aircraft. They NEVER done this before to any other employees like they did with McDavid Oyekwe. Also, when assign the PST process in particular on Sunday's, McDavid Qyekwe was always giving the "T" Process which meant he had to close every container on the ramp. This was strategically done from the direction of Manger Alonzo Wiley (Ramp Manger). There are several other examples of discrimination that I can go into great details if interviewed by Mr. Alvan Robinson for the record.

Also, on in Sept. 30, 2020 I scheduled an interview with Mrs. Julie Hughes (Managing Director of Dallas) regarding Favoritism, Discrimination and COVID-19 Procedures. Every concern in this paragraph is directly related and apar of Mr. Oyekwe discrimination and safety issues. During my tenure since Rick Miglans – (Senior Manager) and Alonzo Wiley (Ramp Manger) took over the ramp, several ramp employees receive preferential treatment based on race. For Example, Ramp Agents with less years' experience then me were scheduled more hours and training projects. African American Material Handlers were last to be certified as captains and fully train to onload and offload planes. I personally seen Senior Manger Rick Miglans, show his bias by wishing a white female worker good luck for ramp agent interview. She ultimately got the Ramp Agent Position over 2 other minority candidates with more experience. This same un experienced Ramp Agent who was scheduled 40 plus hours and she was classified as part-time employee. While the other ramp agents had to take a reduction in hours. There seems to be a different standard of treatment regarding accidents issues, Warning Letters, OLCC, Tardy Excuses and Bravo Zulu Awards given to employees on the ramp based on race. To my knowledge nothing has yet been done regarding the issues, I brought to upper management attention. Please advise if there are any additional information/specifics regarding Mr. McDavid Oyekwe discrimination Issue with FEDEX.

Thanks,


Shane N. Dumas

(504)782-6675

To whom it may concern:

I Shane N. Dumas spoke to an OSHA investigator in November regarding McDavid Oyekwe reporting of aircraft strike. As stated to the investigator my title was Ramp Agent. I was in a leadership role during the AM operation on the ramp at DFW Airport. The day of the incident, I was on the ramp working but not assigned to the specific gate 5 at the time. However, a fellow ramp agent Jospeh Agnew came up to me explaining what happen and what he saw on the aircraft. After hearing the details, I advise Joseph Agnew another ramp agent to inform upper management about the strike. In speaking to the OSHA investigator, I instructed him that there is a camera pointing directly at the nose of the plane at gate 5 where the aircraft strike occurred. That video would show clear evidence or not if there was an aircraft strike. From all indications and marks on the aircraft describe to me by Ramp Agent Joseph Agnew a strike has highly likely occurred. Please advise if there are any other information/specifics need regarding this matter.

Thanks,

Shane N. Dumas

(504)782-6675

**Report Submission Date**
4/30/2020

**Reported Company/Branch Information**
Location FEDEX EXPRESS
(DFWD) 2963 N. Airfield Dr
City/State/Zip: DALLAS, TX, 75261, UNITED STATES )

**What is your relationship to FedEx?**
Employee

**How did you become aware of this hotline number?**
Referred by co-worker/manager/HR rep

**Your FedEx ID:**
3758550

**Where did this incident occur?**
2963 N. Airfield Dr

**Please provide the specific or approximate date and time this incident occurred:**
04/29/2020

**How long do you think this incident has been going on?**
Once

**Please identify the person(s) you are reporting as involved in this incident:**
John Peterson, material handler

**Now identify any witnesses or other individuals who may know about this incident:**
Patricia Greewade, material handler

**Is a member of management aware of the incident you are reporting?**
Yes

**If yes, to whom, when and what action, if any, was taken?**
Alonzo Wiley, manager
Eric "Rick" Miglans, manager
Jay Johnson, HR advisor

REPORT DETAILS

**Report Submission Date**

5/1/2020

**Reported Company/Branch Information**

Location FEDEX EXPRESS

(DFWD) 2963 N. Airfield Dr

City/State/Zip: DALLAS, TX, 75261, UNITED STATES )

**What is your relationship to FedEx?**

Former Employee

**How did you become aware of this hotline number?**

Referred by co-worker/manager/HR rep

**Your FedEx ID:**

3758550

**Where did this incident occur?**

at the rack

**Please provide the specific or approximate date and time this incident occurred:**

on May 1, 2020

**How long do you think this incident has been going on?**

Once

**Please identify the person(s) you are reporting as involved in this incident:**

Alonzo Wiley, supervisor

Is a member of management aware of the incident you are reporting?

# EXHIBIT B

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| **Mr. McDavid O. Oyekwe**<br>**33145 SEABREEZE DRIVE**<br>**Rowlett, TX 75088** | **US, EEOC, Raleigh Area Office**<br>**434 Fayetteville Street, Suite 700**<br>**Raleigh, NC 27601** |

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **450-2020-03684** | **Alvan L. Robinson,**<br>**Senior Investigator** | **(919) 856-4082** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

| Alvan L.<br>Robinson | Digitally signed by Alvan L. Robinson<br>DN: cn=Alvan L. Robinson,<br>o=EEOC, ou=ARO,<br>email=alvan.robinson@eeoc.gov<br>, c=US<br>Date: 2021.02.09 10:17:02 -05'00' | On behalf of the Commission | February 26, 2021 |
|---|---|---|---|
| | | For/ | |

| Enclosures(s) | **Glory Gervacio Saure,**<br>**Area Office Director** | *(Date Issued)* |
|---|---|---|

cc:

Ms. Robbin W. Hutton, Counsel
FEDEX EXPRESS
3620 Hacks Cross Road, Building B
Memphis, TN 38125

**INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or
record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you
did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was
*issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:  **Robbin W. Hutton**
     **FEDEX EXPRESS**
     **3620 Hacks Cross Road**
     **Building B**
     **Memphis, TN 38125**

# ATTACHMENT 5

# CITATION RETURN SERVICE

**OFFICER'S RETURN**

FILED

21 APR 27 AM 8:14

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

Case No. : DC-21-04561

Court No.101st District Court

Style: MCDAVID OYEKWE

vs.

FEDERAL EXPRESS CORPORATION

Came to hand on the ____19____ day of __April__ , 20 _21_ , at _10_ o'clock __a__ .M. Executed at __1999 Bryan St__ , within the County of _____ at _10:02_ o'clock __a__ .M. on the _Cert Mail_ ____26____ day of __April__ _____ , 20 _21_ , by ~~delivering~~ to the within named Federal express corporation by serving registered agent CT corporation System via US Cert mail return receipt received and attached heretto and Signed by Covid 19     _was mailed US Cert mail return receipt_ each in person, a true copy of this Citation together with the accompanying copy of this pleading, ~~having first endorsed on same date of delivery~~. The distance _request_ actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $ _76_ | _____ |  |
| For mileage | $ _____ | of _____ County, | _____ |
| For Notary | $ _____ | By _____ | Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 ____

to certify which witness my hand and seal of office.

_____

Notary Public _____    County _____

FELICIA PITRE
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

9214 8901 0661 5400 0161 8691 39

ATTACHMENT 6

LETTER FROM COURT TO FEDEX



**101st JUDICIAL DISTRICT COURT**
GEORGE L. ALLEN COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604

April 19, 2021

FEDERAL EXPRESS CORP
BY SERVING ITS REGISTERED AGENT CT CORP SYSTEM
1999 BRYAN ST STE 900
DALLAS TX  75201-3136

Cause No:        DC-21-04561

MCDAVID OYEKWE
vs.
FEDERAL EXPRESS CORP

ALL COUNSEL OF RECORD AND PRO SE PARTIES:

The above case is set for dismissal, pursuant to Rule 165A, Texas Rules of Civil Procedure and pursuant to the inherent power of the Court, on:

**June 18, 2021 at 9:00 AM**

If an answer has been filed, the case will not be dismissed. Your case will be removed from the dismissal docket and set for trial.

If service of process has been completed but no answer has been filed, you must file a Motion for Default Judgment on or prior to the date of the dismissal docket.  Failure to do so will result in dismissal of this case for want of prosecution.

If service of process has not been completed and you wish to retain the case on the docket, you must email the court at 101court@dallascounty.org no later than 3:00 p.m. on the day before the dismissal docket, specifying (1) date petition was filed, (2) the steps taken to attempt to achieve service and (3) how much additional time is needed before filing a Motion for Substitution Service.

If you case is set on the Default Judgment docket, your case will not be dismissed. Your case will be reset on the dismissal docket.

If your case is set on the Motion for Substitute Service docket, your case will not be dismissed. However, if you receive a Notice a Deficiency, the Court expects that the deficiencies be addressed. Your case will be reset on the dismissal docket.

If your case has been settled and is on the Settlement Docket, you must provide the required documents or your case will be removed from the docket.


Sincerely,

Presiding Judge
101ˢᵗ Judicial District Court


CC:     FEDERAL EXPRESS CORP; MCDAVID OYEKWE

ATTACHMENT 7

PROOF OF DELIVERY


**UNITED STATES**
**POSTAL SERVICE**

April 26, 2021

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0161 8691 39**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | April 26, 2021, 10:02 am |
| **Location:** | DALLAS, TX 75201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | FEDERAL EXPRESS CORPORATION |

### Recipient Signature

Signature of Recipient:     CoVID 19

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 921489010661540000161869139
DC21-04561/TJ
FEDERAL EXPRESS CORPORATION
BY SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 Bryan St Ste 900
Dallas, TX  75201-3140